UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No: 20-17973 - TBM |
| JOHN ALAN WALTERS AND TERESA VIOLA WALTERS, | |
| Debtors | Chapter 13 |
| AURORA FINANCIAL GROUP, INC. and its SUCCESSORS, ASSIGNS, SERVICERS, TRUSTEES AND INVESTORS, | |
| Creditor | |
| vs. | |
| JOHN ALAN WALTERS AND TERESA VIOLA WALTERS and ADAM M. GOODMAN, Trustee | |
| Respondents | |

## **OBJECTION TO CONFIRMATION OF PLAN**

COMES NOW, AURORA FINANCIAL GROUP, INC., (Creditor), by and through its attorneys, JANEWAY LAW FIRM, P.C., and hereby objects to confirmation of the Debtor's proposed Chapter 13 plan. As grounds for this objection, Creditor states as follows:

1. Creditor is not, but should be, a member of the class of secured claims in the proposed plan.

2. Creditor has filed a Proof of Claim in the amount of $3,048.87 for past due payments, and/or other fees and charges allowable under the Note and Deed of Trust.

3. The debtor's proposed plan does not provide for the amounts contained in the Proof of Claim filed in this case. Thus, the proposed plan does not comply with the provisions of 11 U.S.C. § 1322(b)(5) or 1325(a)(5) and therefore should not be confirmed.

Wherefore, Creditor objects to confirmation of the Plan for the grounds stated above.

Dated: January 25, 2021
Janeway Law Firm, P.C.
Attorneys for AURORA FINANCIAL GROUP, INC.

*/s/ David R. Doughty*
Lynn M. Janeway #15592
David R. Doughty #40042
Alison L. Berry #34531
9800 S. Meridian Blvd., Suite 400
Englewood, CO 80112
Phone: (855) 263-9295 Fax: (303) 706-9994
bankruptcy@janewaylaw.com JLF No.: 20-025322

## Certificate of Service

The undersigned hereby certifies that on  01/25/21   a copy of the attached Objection to Confirmation of Plan was served:

**VIA US FIRST CLASS MAIL POSTAGE PREPAID TO:**

JOHN ALAN WALTERS
2747 GARGANEY DRIVE
Castle Rock, CO 80104

TERESA VIOLA WALTERS
2747 GARGANEY DRIVE
Castle Rock, CO 80104

**ELECTRONICALLY VIA CM/ECF TO:**

ARTHUR LINDQUIST-KLEISSLER - Attorney for Debtor(s)

ADAM M. GOODMAN - Chapter 13 Trustee

US TRUSTEE


 /s/Santiana Blaise-Walz
Santiana Blaise-Walz, Bankruptcy Coordinator
JANEWAY LAW FIRM, P.C.