IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                       CHAPTER 13
JOHN ALAN WALTERS                   CASE:  20-17973TBM

TERESA VIOLA WALTERS

DEBTORS

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the proposed chapter 13 Plan and states:

1. The Debtors are not current on Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. § 1326.

2. The Chapter 13 Plan fails to fully treat the secured arrearage claim of Aurora Financial Group, Inc/Flagstar Bank, FSB (Claim #8). 11 U.S.C. § 1325(a)(5).

3. The Debtors' proposal to pay $1,253.00 for five (5) vehicles appears to be excessive and unnecessary for the maintenance or support of the Debtors or dependents when Debtors propose to pay just $719.00 towards class four while scheduling $117,840.00 in unsecured debt. 11 U.S.C. §§ 1325(a)(3) and 1325(b)(2)(A).

4. The Trustee requests proof of the $615.00 expense for transportation and $100.00 expense for "student loan for child" reflected on Debtors' schedules in order to determine whether the Plan complies with 11 U.S.C. §§ 1325(a)(3) and 1325(b)(1)(B).

The Trustee reserves the right to amend his objection and to report on the payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

January 28, 2021

Respectfully submitted,

s/Nick Santarelli
Nick Santarelli, #46592
Attorney for Chapter 13 Trustee,
Adam M. Goodman
P.O. Box 1169
Denver, CO 80201-1169
(303) 830-1971
FAX (303) 830-1973
nsantarelli@ch13colorado.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on January 28, 2021 addressed as follows:

JOHN ALAN and TERESA VIOLA WALTERS
2747 GARGANEY DRIVE
CASTLE ROCK, CO 80104


LINDQUIST-KLEISSLER & COMPANY, LLC
VIA CM/ECF


\s\ kmp
Chapter 13 Trustee Staff Member