| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
|---|---|---|---|---|
| Debtor 1: | JOHN (First Name) ALAN (Middle Name) WALTERS (Last Name) | Case #: | 20-17973 TBM | |
| Debtor 2: | TERESA (First Name) VIOLA (Middle Name) WALTERS (Last Name) | Chapter: | 13 | |

## Local Bankruptcy Form 3015-1.2
### Notice of Filing of Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on Confirmation

**Complete applicable sections.**

### Part 1  Objection Deadline

Objection deadline: **April 7, 2021**

### Part 2  Notice

NOTICE IS HEREBY GIVEN that the debtor filed a First Amended Chapter 13 Plan on March 24, 2021. A copy of the First Amended Chapter 13 Plan is attached. A confirmation hearing on the debtor's plan has been set for **Wednesday, April 28, 2021 at 10:30 a.m.** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom E, Fifth Floor, Denver, Colorado 80202.

Due to the unprecedented recent developments concerning the Coronavirus/COVID-19, the confirmation hearing will be conducted as scheduled BY TELEPHONE ONLY. *Counsel and/or parties should not appear in person.* Counsel and/or parties shall call **1-888-684-8852** before the scheduled time of the hearing. The Meeting ID for the conference call is **3187256**, followed by **the # sign.** The Court strongly recommends use of a land line if appearing by phone. Please stay on the line until the Court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in Court, it will be deemed a failure to appear. Failure to connect to the conference call line in a timely manner may preclude your participation in the hearing. In the event you are otherwise unable to connect after following the instructions provided above, please call the Team of the undersigned Judge at 720-904-7463 and leave a name, case number and a telephone number where you can be reached and the Court will return the call.

The last day to file an Objection to the Plan is the objection deadline stated above. Objections to the Chapter 13 Plan must comply with L.B.R. 3015-l(c) and must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

Unless a written objection is filed, the Chapter 13 Plan may be confirmed without a hearing, upon the debtor's filing of L.8.F. 30 I 5-1.3, Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

This Notice pertains only to the First Amended Chapter 13 Plan. Creditors should also review the Notice of Chapter 13 Bankruptcy Case for additional information and deadlines, including those related to objecting to dischargeability of certain debts, objecting to exemptions, and filing a proof of claim.

**Part 3** **Signature of Debtor's Attorney**

DATED this 24th day of March, 2021.

                      LINDQUIST-KLEISSLER & COMPANY, LLC
*Original Signature is on File at the Law Firm of
Lindquist-Kleissler & Company, LLC*

/s/ Arthur Lindquist-Kleissler
Arthur Lindquist-Kleissler, Reg. No. 9822
950 South Cherry Street, Suite 418
Denver, Colorado 80246
Telephone: (303) 691-9774
Email: arthuralklaw@gmail.com

| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
|---|---|---|---|
| Debtor 1: JOHN <br> First Name | ALAN <br> Middle Name | WALTERS <br> Last Name | Case #: 20-17973 TBM |
| Debtor 2: TERESA <br> First Name | VIOLA <br> Middle Name | WALTERS <br> Last Name | Chapter: 13 |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

### Part 1 — L.B.R. 9013-1 Certificate of Service

I certify that on March 24, 2021, I served a complete copy of First Amended Chapter 13 Plan and Notice of Filing Chapter 13 Plan, Deadline for Filing Objections Thereto and Hearing on Confirmation Form 3015-1.2 on the following in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules via first class mail:

US Trustee
1961 Stout Street, Ste. 12-200
Denver, Colorado 80294

**Chapter 13 Trustee**
**Adam Goodman, Esq.**
PO Box 1169
Denver, CO 80246

**Aurora Financial Group, Inc.**
**c/o Janeway Law Firm, P.C.**
9800 S Meridian Blvd., Ste. 400
Englewood, CO 80112

### Part 3 — L.B.R. 2002-1 Certificate of Service of Notice

I certify that on March 24, 2021, I served a complete copy of First Amended Chapter 13 Plan dated March 24, 2021 and Notice of Filing Chapter 13 Plan Form 3015 1.2 on the following parties **in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on March 24, 2021** in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

### Part 2 — Signature of Debtor's Attorney

Dated: March 24, 2021          LINDQUIST-KLEISSLER & COMPANY, LLC

/s/ Arthur Lindquist-Kleissler
Arthur Lindquist-Kleissler, Reg. No. 9822
950 South Cherry Street, Suite 418
Denver, Colorado 80246
Telephone: (303) 691-9774
Email: arthuralklaw@gmail.com

Label Matrix for local noticing
1082-1
Case 20-17973-TBM
District of Colorado
Denver
Wed Mar 24 10:15:33 MDT 2021

AURORA FINANCIAL GROUP, INC.
C/O FLAGSTAR BANK, FSB
5151 CORPORATE DRIVE
TROY, MI 48098-2639

American Express
PO Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Barclays Card Services
PO Box 8803
Wilmington, DE 19899-8803

Alison L Berry
9800 S Meridian Blvd, Suite 400
Englewood, CO 80112-6038

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Citibank Citicards
PO Box 6500
Sioux Falls, SD 57117-6500

Collector Car Lending
3306 SW 26th Ave Ste 301
Ocala, FL 34471-7854

Colorado Collections Company, LLC
6906 S Holly Cir Unit 360
Centennial, CO 80112-1018

Comenity Bank
PO Box 182789
Columbus, OH 43218-2789

Credit Services Company, Inc.
PO Box 1120
Colorado Springs, CO 80901-1120

Critical Care & Pulmonary Cons PC
1400 S Potomac St # 110
Aurora, CO 80012-4514

David R. Doughty
9800 S. Meridian Blvd.
Ste. 400
Englewood, CO 80112-6038

Evergreen Bank Group
PO Box 4657
Oak Brook, IL 60522-4657

(p)FIRST BANK
P O BOX 3205
SANFORD NC 27331-3205

Flagstar Bank
5151 Corporate Dr
Troy, MI 48098-2639

Adam M Goodman
Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201-1169

IRS District Counsel
600 17th St # 300
Denver, CO 80202-5446

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Arthur Lindquist-Kleissler
950 S. Cherry St.
Ste. 418
Denver, CO 80246-2662

Lowes Credit Card
PO Box 530914
Atlanta, GA 30353-0914

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Miller Cohen Peterson Young PC
PO Box 1259
Longmont, CO 80502-1259

Oliphant Financial, LLC.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Professional Finance Company
PO Box 1686
Greeley, CO 80632-1686


Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

The Moore Law Group
PO Box 25145
Santa Ana, CA 92799-5145

U.S. Attorney
1225 17th St Ste 700
Denver, CO 80202-5598


U.S. Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530-0009

UC Health
Business Services - Patient Accounting
PO Box 732144
Dallas, TX 75373-2144

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004


University of Colorado Medicine
Dept. 1059
Denver, CO 80256-0001

Valley Credit Union
Attn: Justin Roberts
2096 Mission Street SE
Salem, OR 97302-1241

Valley Credit Union
PO Box 12903
Salem, OR 97309-0903


John Alan Walters
2747 Garganey Drive
Castle Rock, CO 80104-7942

Teresa Viola Walters
2747 Garganey Drive
Castle Rock, CO 80104-7942

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438


Wells Fargo Card Services
PO Box 14517
Des Moines, IA 50306-3517


        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Capital One Bank
PO Box 85015
Richmond, VA 23285-5015

First Bank
PO Box 10209
Greensboro, NC 27404-0209

Internal Revenue Service
Special Procedures
1999 Broadway MSC 5012
Denver, CO 80202-3025


JPMCB Card Services
PO Box 15369
Wilmington, DE 19850-5369

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541


        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Aurora Financial Group, Inc.

End of Label Matrix
Mailable recipients 45
Bypassed recipients 1
Total 46