United States Bankruptcy Court
District of Colorado

In re:  Case No. 20-17973-TBM
John Alan Walters  Chapter 13
Teresa Viola Walters
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Jun 07, 2021     Form ID: 249     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + John Alan Walters, Teresa Viola Walters, 2747 Garganey Drive, Castle Rock, CO 80104-7942 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam M Goodman | mail@ch13colorado.com agoodman13@ecf.epiqsystems.com |
| Alison L Berry | on behalf of Creditor Aurora Financial Group Inc. bankruptcyecf@janewaylaw.com |
| Arthur Lindquist-Kleissler | on behalf of Debtor Teresa Viola Walters Arthuralklaw@gmail.com seanalklaw@gmail.com;filingsalklaw@gmail.com |
| Arthur Lindquist-Kleissler | on behalf of Debtor John Alan Walters Arthuralklaw@gmail.com seanalklaw@gmail.com;filingsalklaw@gmail.com |
| David R. Doughty | on behalf of Creditor Aurora Financial Group Inc. bankruptcyecf@janewaylaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

District/off: 1082-1 User: admin Page 2 of 2
Date Rcvd: Jun 07, 2021 Form ID: 249 Total Noticed: 1
TOTAL: 6

(COB #249voAllowFee)(12/17)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Thomas B. McNamara

In re:

    John Alan Walters
    Teresa Viola Walters

Debtor(s)

Case No.: 20−17973−TBM
Chapter: 13

SSN/TID
Nos.   xxx−xx−4528
        xxx−xx−2514

**ORDER ALLOWING AND APPROVING FEES AND EXPENSES FOR LONG FORM FEE APPLICATION**

    Law Firm Lindquist−Kleissler & Company, LLC, as attorney for the debtor(s), is allowed a fee for services herein of $ 10,000.00 and reimbursement of out−of−pocket expenses of $ 131.17. Attorney for the debtor(s) received $ 552.00 prepetition. The remaining balance, $ 9579.17, is payable out of plan payments.

Dated: 6/7/21

BY THE COURT:
s/ Thomas B. McNamara
United States Bankruptcy Judge