**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| **JOHN ALAN WALTERS** | } | CASE:  20-17973TBM |
| | } | |
| **TERESA VIOLA WALTERS** | } | |
| | } | |
| **DEBTORS** | | |

**Chapter 13 Trustee's Objection to Proof of Claim of VALLEY CREDIT UNION, Claim #15**

COMES NOW, Adam M. Goodman, Standing Chapter 13 Trustee, and files this Objection to the Proof of Claim of VALLEY CREDIT UNION ("Creditor") and shows the Court as follows:

1. Debtors filed the instant case under Chapter 13 on December 16, 2020.

2. Creditor filed its secured proof of claim in the amount of $7,889.31 on February 12, 2021 [Claim #15] claiming an interest in the Debtor's 2014 Dodge Dart.  Debtor's confirmed Chapter 13 Plan provides for the surrender of said asset, however, creditor has failed to file an amended claim for a deficiency, if any.

3. Under 11 U.S.C. § 502(a), a filed claim is deemed allowed unless a party in interest objects.  Trustee objects to the claim as VALLEY CREDIT UNION has failed to establish whether it has any remaining debt after being permitted to liquidate its collateral.

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Honorable Court enter an order sustaining the Trustee's objection and disallowing the claim.

Dated: July 30, 2021                Respectfully submitted,

                                     /s/ Adam M. Goodman
                                    Adam M. Goodman
                                    Standing Chapter 13 Trustee
                                    P.O. Box 1169
                                    Denver, Colorado 80201
                                    (303) 830-1971(p); (303) 830-1973(f)
                                    agoodman@ch13colorado.com