# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: } | CHAPTER 13 |
| JOHN ALAN WALTERS } | CASE: 20-17973TBM |
| } | |
| TERESA VIOLA WALTERS } | |
| } | |
| DEBTORS | |

## ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED BY VALLEY CREDIT UNION, CLAIM #15, AND DISALLOWING CLAIM

Chapter 13 Trustee filed an *Objection to the Proof of Claim filed by VALLEY CREDIT UNION, Claim #15* on July 30, 2021, with Notice and an Opportunity for hearing. There was no opposition made by the creditor. Accordingly, it is

ORDERED that Trustee's Objection to the Proof of Claim #15 filed by VALLEY CREDIT UNION is SUSTAINED and the claim is DISALLOWED.

Dated:

BY THE COURT:

_____
United States Bankruptcy Judge