## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| JOHN ALAN WALTERS | } | CASE:  20-17973TBM |
| | } | |
| TERESA VIOLA WALTERS | } | |
| | } | |
| DEBTORS | | |

## ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED BY VALLEY CREDIT UNION, CLAIM #15, AND DISALLOWING CLAIM

Chapter 13 Trustee filed an *Objection to the Proof of Claim filed by VALLEY CREDIT UNION, Claim #15* on July 30, 2021, with Notice and an Opportunity for hearing.  There was no opposition made by the creditor.  Accordingly, it is

ORDERED that Trustee's Objection to the Proof of Claim #15 filed by VALLEY CREDIT UNION is SUSTAINED and the claim is DISALLOWED.

Dated:   September 15, 2021

BY THE COURT:

*Thomas B. McNamara*
United States Bankruptcy Judge