| | |
|---|---|
| Debtor 1 | JOHN ALAN WALTERS |
| Debtor 2 | TERESA VIOLA WALTERS |
| United States Bankruptcy Court for the: | District of Colorado |
| Case Number: | 20-17973 TBM |

Form 410C13-N

**Trustee's Notice of Disbursements Made**  12/25

The trustee must file this notice in a Chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1 (g)(1).

**Part 1:** Mortgage Information

Name of claim holder:  FIRST BANK

Court Claim No.: N/A

Last 4 digits of any number you use to identify the debtors' account:   2508
Property Address:    2747 GARGANEY DRIVE, CASTLE ROCK, CO 80104

**Part 2:** Statement of Completion

The debtor has completed all payments due the trustee under the Chapter 13 Plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

**Part 3:** Arrearages

| | Amount |
|---|---|
| (a) Allowed amount of prepetition arrearage: | $0.00 |
| (b) Total amount of prepetition arrearage disbursed by the trustee: | $0.00 |
| (c) Total amount of postpetition arrearage disbursed by the trustee: | |
| (d) **Total:** Add lines b and c. | $0.00 |

JOHN ALAN and TERESA VIOLA WALTERS                              Case Number: 20-17973 TBM

**Part 4: Postpetition Payments**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:_____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $_____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $_____

**Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

X   /s/ Adam M. Goodman_____   Date   12/3/2025
Trustee              Adam M. Goodman

Address       Chapter 13 Trustee
              PO Box 1169
              Denver, CO 80201

Contact Phone  (303) 830-1971              Email    mail@ch13colorado.com

JOHN ALAN and TERESA VIOLA WALTERS                                     Case Number: 20-17973 TBM

CERTIFICATE OF SERVICE

    The undersigned certifies that on December 3, 2025, I served by prepaid first class mail a copy of the Trustee's Notice of Disbursements Made on all interested parties at the following addresses:

| FIRST BANK<br>PO BOX 10209<br>GREENSBORO, NC 27404-0209 | JOHN ALAN and TERESA VIOLA WALTERS<br>2747 GARGANEY DRIVE<br>CASTLE ROCK, CO 80104 | ARTHUR LINDQUIST-KLEISSLER<br>ATTORNEY FOR DEBTORS<br>VIA CM/ECF |

FIRST BANK
211 BURNETTE ST
TROY, NC 27371

Dated: December 3, 2025                                        By: /s/ Paula
                                                                     Chapter 13/Staff Member