| Fill in this information to identify the case: |
|---|

Debtor 1      John Alan Walters

Debtor 2      Teresa Viola Walters
(Spouse, if filing)

United States Bankruptcy Court for the: Colorado
                                            (State)

Case number    20-17973-TBM

# Response to Trustee's Notice of Disbursements Made     12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

### Part 1: Mortgage Information

**Name of claim holder:** Aurora Financial Group, Inc.      **Court claim no**. (if known): **8**

**Last 4 digits** of any number you use to identify the debtor's account: __1__ __7__ __4__ __4__

**Property address:**     **2747 Garganey Drive**
                                  Number      Street

                                  Castle Rock, CO 80104
                                  City                    State     ZIP Code

### Part 2: Arrearages

The total amount received to cure any arrearages as of December 23, 2025:      $3,048.87.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full as of December 23, 2025.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid per the itemized pay history attached to this notice: $ _____ .

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid per the itemized pay history attached to this notice: $ ___ .

| Part 3: | Post-Petition Payments |
|---|---|

(a) Check all that apply:

☑ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs as of December 23, 2025.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that became due since:  ____/_____/_____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of December 23, 2025:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 12/04/2025 |
| ii. | Date next postpetition payment from the debtor is due: | 01/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 2,925.18 |
| iv. | Unpaid principal balance of the loan: | $348,653.32 |
| v. | Additional amounts due for any deferred or accrued interest: | $933.72 |
| vi. | Balance of the escrow account: | $431.55 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $.14 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all post-petition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts received from the date of the bankruptcy filing:

- all prepetition and post-petition payments received.
- the application of all payments received.
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

# Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Christopher C. Drout   Date _12___/__29___/_2025_____
Signature

Name: Christopher C. Drout, Attorney for Valon Mortgage, Inc. as Attorney-In-Fact for Aurora Financial Group, Inc.
First name   Middle name   Last name

Title: Attorney for Creditor

Company: Halliday, Watkins & Mann, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 376 East 400 South, Ste 300
Number   Street
Salt Lake City, UT 84111
City   State   ZIP Code

Contact phone: 801-355-2886   Email: bankruptcyco@hwmlawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies on December 29, 2025, a copy of the foregoing Response to Trustee's Notice of Disbursements Made was electronically served via the Court's CM/ECF electronic service system pursuant to L.B.R. 9036-1(a) on the following:

Arthur Lindquist-Kleissler
Attorney for Debtor(s)
*Via CM/ECF*

Adam M. Goodman
Chapter 13 Trustee
*Via CM/ECF*

US Trustee
*Via CM/ECF*

The undersigned certifies that on December 29, 2025, a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served via U.S. Mail, first class and postage prepaid, to the following addresses:

John Alan Walters
Teresa Viola Walters
2747 Garganey Drive
Castle Rock, CO 80104

                                                          /s/ Elizabeth Looker