UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                          CASE NO: 20-17973 TBM
                                                                CHAPTER 13
JOHN ALAN WALTERS
TERESA VIOLA WALTERS

                              DEBTOR(S)

---

### TRUSTEE'S STATEMENT REGARDING COMPLETION OF CHAPTER 13 PLAN

---

Comes Now, Adam M. Goodman, Chapter 13 Standing Trustee, who does respectfully state the following:

Debtor(s) filed a Chapter 13 Bankruptcy petition on December 16, 2020. The confirmed plan established a plan term of 60 months, with the first plan payment due on January 15, 2021.

Debtor(s) remitted the final payment to the Trustee electronically on October 17, 2025. The payment cleared on October 23, 2025. The Trustee received and posted the final plan payment to the case on October 24, 2025.

WHEREFORE, based on the foregoing, the Chapter 13 Standing Trustee does not oppose discharge, and respectfully requests this Honorable Court review this Statement and the record in this case, and issue an Order regarding the entry of a Chapter 13 Discharge in this case, pursuant to 11 U.S.C. § 1328(a).

Dated: January 6, 2026                          /s/Adam M. Goodman
                                                Adam M. Goodman
                                                Chapter 13 Trustee
                                                1888 Sherman Street, Suite 750
                                                Denver, CO  80203
                                                303-830-1971
                                                FAX: 303-830-1973
                                                agoodman@ch13colorado.com