United States Bankruptcy Court
District of Colorado

In re:  
John Alan Walters  
Teresa Viola Walters  
    Debtors

Case No. 20-17973-TBM  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | John Alan Walters, Teresa Viola Walters, 2747 Garganey Drive, Castle Rock, CO 80104-7942 |
| 18958234 | + | AURORA FINANCIAL GROUP, INC., C/O FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 18937646 | | Collector Car Lending, 3306 SW 26th Ave Ste 301, Ocala, FL 34471-7854 |
| 18937647 | | Colorado Collections Company, LLC, 6906 S Holly Cir Unit 360, Centennial, CO 80112-1018 |
| 18937650 | | Critical Care & Pulmonary Cons PC, 1400 S Potomac St # 110, Aurora, CO 80012-4514 |
| 18937651 | | Evergreen Bank Group, PO Box 4657, Oak Brook, IL 60522-4657 |
| 18937665 | + | University of Colorado Medicine, Dept. 1059, Denver, CO 80256-0001 |
| 18937666 | | Valley Credit Union, PO Box 12903, Salem, OR 97309-0903 |
| 18970127 | + | Valley Credit Union, Attn: Justin Roberts, 2096 Mission Street SE, Salem, OR 97302-1241 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Jan 15 2026 03:30:00 | IRS, 600 17th St., Stop 5027 DEN, Denver, CO 80202 |
| 18937641 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 22:38:45 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 18948314 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 22:38:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19808523 | + | Email/Text: heather@hwmlawfirm.com | Jan 14 2026 22:32:00 | Aurora Financial Group, Inc., as serviced by Valon Mortgage, c/o Heather L. Deere, 355 Union Boulevard, Suite 250, Lakewood, CO 80228-1508 |
| 19820182 | ^ | MEBN | Jan 14 2026 22:30:56 | Aurora Financial Group, Inc., c/o Valon Mortgage, Inc., PO Box 660043, Dallas, TX 75266-0043 |
| 18937642 | | EDI: BANKAMER | Jan 15 2026 03:29:00 | Bank of America, PO Box 851001, Dallas, TX 75285-1001 |
| 18952686 | + | EDI: BANKAMER2 | Jan 15 2026 03:29:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 18937643 | | EDI: TSYS2 | Jan 15 2026 03:30:00 | Barclays Card Services, PO Box 8803, Wilmington, DE 19899-8803 |
| 18937644 | | EDI: CAPITALONE.COM | Jan 15 2026 03:30:00 | Capital One Bank, PO Box 85015, Richmond, VA 23285-5015 |
| 18948279 | | EDI: CAPITALONE.COM | Jan 15 2026 03:30:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 18937645 | | EDI: CITICORP | Jan 15 2026 03:30:00 | Citibank Citicards, PO Box 6500, Sioux Falls, SD |

| District/off: 1082-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 3180W | Total Noticed: 39 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 57117-6500 |
| 18937648 | | EDI: WFNNB.COM | Jan 15 2026 03:30:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 18937649 | | Email/Text: cscbk@creditservicecompany.com | Jan 14 2026 22:32:00 | Credit Services Company, Inc., PO Box 1120, Colorado Springs, CO 80901-1120 |
| 18937652 | | Email/Text: rguenther@localfirstbank.com | Jan 14 2026 22:32:00 | First Bank, PO Box 10209, Greensboro, NC 27404-0209 |
| 18937653 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2026 22:32:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 18937657 | | EDI: JPMORGANCHASE | Jan 15 2026 03:29:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 18955477 | + | Email/Text: RASEBN@raslg.com | Jan 14 2026 22:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 18937658 | | EDI: SYNC | Jan 15 2026 03:30:00 | Lowes Credit Card, PO Box 530914, Atlanta, GA 30353-0914 |
| 18937659 | | Email/Text: info@creditorsrights.com | Jan 14 2026 22:32:00 | Miller Cohen Peterson Young PC, PO Box 1259, Longmont, CO 80502-1259 |
| 18948310 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2026 22:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 18969065 | + | EDI: BASSASSOC.COM | Jan 15 2026 03:30:00 | Oliphant Financial, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 18969782 | | EDI: PRA.COM | Jan 15 2026 03:30:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 18937660 | | Email/Text: brprocessor@pfccollects.com | Jan 14 2026 22:33:00 | Professional Finance Company, PO Box 1686, Greeley, CO 80632-1686 |
| 18963697 | | EDI: Q3G.COM | Jan 15 2026 03:30:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 18937661 | | Email/Text: closures@collectmoore.com | Jan 14 2026 22:32:00 | The Moore Law Group, PO Box 25145, Santa Ana, CA 92799-5145 |
| 18937662 | | Email/Text: USACO.ECFBankruptcy@usdoj.gov | Jan 14 2026 22:32:00 | U.S. Attorney, 1225 17th St Ste 700, Denver, CO 80202-5598 |
| 18937663 | ^ | MEBN | Jan 14 2026 22:31:07 | U.S. Attorney General, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 18937664 | ^ | MEBN | Jan 14 2026 22:31:13 | UC Health, Business Services - Patient Accounting, PO Box 732144, Dallas, TX 75373-2144 |
| 18948954 | | EDI: WFCCSBK | Jan 15 2026 03:30:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 18937667 | | EDI: WFHOME | Jan 15 2026 03:30:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18937655 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, 1999 Broadway MSC 5012, Denver, CO 80202-3025 |

| District/off: 1082-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 3180W | Total Noticed: 39 |

| 18937656 | * | IRS District Counsel, 600 17th St # 300, Denver, CO 80202-5446 |
| 18937654 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam M Goodman | mail@ch13colorado.com  trusteeCOB1Z@ecf.epiqsystems.com |
| Alison L Berry | on behalf of Creditor Aurora Financial Group  Inc. bankruptcyecf@janewaylaw.com |
| Arthur Lindquist-Kleissler | on behalf of Debtor John Alan Walters Arthuralklaw@gmail.com seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net |
| Arthur Lindquist-Kleissler | on behalf of Debtor Teresa Viola Walters Arthuralklaw@gmail.com seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net |
| Christopher Clarence Drout, Jr | on behalf of Creditor Aurora Financial Group  Inc. chrisd@hwmlawfirm.com |
| David R. Doughty | on behalf of Creditor Aurora Financial Group  Inc. bankruptcyecf@janewaylaw.com |
| Heather Deere | on behalf of Creditor Aurora Financial Group  Inc. bankruptcyco@hwmlawfirm.com |
| N. April Winecki | on behalf of Creditor Aurora Financial Group  Inc. bankruptcyecf@janewaylaw.com, nortonlawpc@gmail.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | John Alan Walters<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx-xx-4528<br>EIN  \_ \_-\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Teresa Viola Walters<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx-xx-2514<br>EIN  \_ \_-\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court   District of Colorado | | |
| Case number:   20-17973-TBM | | |

# Order of Discharge                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    John Alan Walters             Teresa Viola Walters

    <u>1/14/26</u>                        **By the court:** <u>Thomas B. McNamara</u>
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**